Form 8

FORM 8.  Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Bannum, Inc. _____ v. United States _____

No. 14-5085

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:     Bannum, Inc. _____
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name:              Joseph A. Camardo, Jr.
Law firm:          Camardo Law Firm, P.C.
Address:           127 Genesee Street
City, State and ZIP:  Auburn, New York 13021
Telephone:         315-252-3846
Fax #:             315-252-3508
E-mail address:    joecamardo@camardo.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1996 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

MAy 27, 2014
_____
Date

_____
Signature of pro se or counsel

cc: Russell J. Upton

123

**Form 30**

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | May 27, 2014 |
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
     (by email or CM/ECF)

| Joseph A. Camardo, Jr. | | /s/ Joseph A. Camardo, Jr. |
| Name of Counsel | | Signature of Counsel |

Law Firm | Camardo Law Firm, P.C. |

Address | 127 Genesee Street |

City, State, ZIP | Auburn, New York 13021 |

Telephone Number | 315-252-3846 |

FAX Number | 315-252-3508 |

E-mail Address | joecamardo@camardo.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.